IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESTER M. HAYES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANSCOR AMERICA, LLC, ET AL. | : | NO.  08-293 |

## ORDER

**AND NOW**, this 23rd day of June, 2009, upon consideration of Defendants' Renewed Motion to Dismiss or Transfer Venue (Docket No. 31), Plaintiff's response and Defendants' reply thereto, and the arguments of counsel at a hearing on this Motion held on June 11, 2009, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion for Leave to File a Reply (Docket No. 33) is **GRANTED**.

2. Defendants' Motion to Dismiss (Docket No. 31) is **DENIED** in part and **GRANTED** in part.  The Motion is denied to the extent that it seeks dismissal for improper venue, but granted to the extent that it seeks a venue transfer.

3. This action is **TRANSFERRED** to the United States District Court for the Middle District of Tennessee.

BY THE COURT:

/s John R. Padova
John R. Padova, J.